AO 91 (Rev 11/11)    Criminal Complaint

# United States District Court
for the
Southern District of Texas

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    M-25-3257-M |
| Angel SANCHEZ (USC / 2004) | ) | |
| Juan Emanuel GARZA-COLUNGA (MX / 2006) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 26, 2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(ii)<br>8 USC 1324(a)(1)(A)(v)(l) | Conspire and agree with persons known and unknown to knowingly transport, or move, or attempted to transport aliens from a location in Progresso, Texas, to a location in Progresso, Texas, by means of foot. |

This criminal complaint is based on these facts:
See Attachment A

**X** Continued on the attached sheet

Approved by AUSA D. Walker

/s/ Landon Mueller
*Complainant's signature*

Landon Mueller, Border Patrol Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on :

Date: November 27, 2025 at 2:02 PM

*Judge's signature*

City and State: McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

I, Landon Mueller, am a United States Border Patrol Agent and have knowledge of the following facts:

1. On November 26, 2025, USBP Agents encountered a 2 on 3 alien smuggling case in Progresso, Texas.

2. At approximately 3:15 a.m. Border Patrol Agents (BPAs) working near Progresso, Texas operating a Mobile Video Surveillance System (MVSS) observed approximately five subjects walking north from the Rio Grande River towards a gap in the border wall. This is a private agricultural area with no public walking trails or roads.

3. The MVSS operator observed five subjects utilizing a ladder to climb over the border wall east of the gap. One subject was apprehended south of the border wall at approximately 3:40 a.m. Another two subjects were apprehended approximately 200 yards north of the border wall near where the ladder was placed at approximately 5:17 a.m. At approximately 7:00 a.m. a concerned citizen advised BPAs that they suspected that there were subjects hiding in the garage of her home. The homeowner granted BPAs access and during a search the final two subjects were apprehended inside the garage. The home is located on the other side of a small body of water from the last location that two subjects were apprehended.

4. One subject was identified as a US Citizen and all other subjects admitted to being unlawfully present in the United States. All subjects were transported to the Centralized Processing Center in McAllen, Texas for further investigation.

5. Angel SANCHEZ provided a post-Miranda video statement where he claimed to be a United States Citizen born in Brownsville, Texas. He claimed that he has been living in Matamoros, Mexico with his wife and child. He also admitted to being arrested for smuggling aliens through a checkpoint in Kingsville as a 17-year-old. He then admitted to crossing the river and that he knew it was unlawful to do so. First said he was accompanying a brush guide but later admitted that he was involved and would be paid for the smuggling attempt as well. He claimed that he and the other brush guide would both be paid $180 per person smuggled. He claimed that the people that were being smuggled were supposed to be picked up by Military HWY, but did not know what kind of vehicle would be picking them up. He claimed this was his first time working in the area and did not know it well. When presented with a photo lineup he identified Juan Emanuel GARZA-COLUNGA as his partner.

6. Juan Emanuel GARZA-CONLUGA declined to provide a post-Miranda video statement without the presence of an attorney.

7. Jose BECERRA-JUAREZ provided a post-Miranda video statement where he claimed that he unlawfully crossed into the United States. He claimed that he had crossed before and lived here for a period while working in the Rio Grande Valley before being deported. When asked about the smuggling attempt BECERRA claimed that there were two people in charge that would give the group instructions. He claimed to be in a stash house with two other subjects before meeting up with the two guides. When presented two photo lineups BECERRA identified Angel SANCHEZ and Juan Emanuel GARZA-COLUNGA as the two brush guides from this smuggling event. BECERRA Claimed to have paid $2200 USD to cross into the United States. He claimed that Angel SANCHEZ was on the phone communicating with someone during the smuggling attempt and that BECERRA believed this person on the phone to be the load driver.